**Bryon Dale McLEOD, Plaintiff–Appellant,**

v.

**Gregory Patrick BLACK, Defendant–Appellee.**

**No. 05–41048.**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Feb. 16, 2006.

Bryon Dale Mcleod, Tyler, TX, pro se.

Nancy A. Cross, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Defendant–Appellee.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.